**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of August, two thousand twenty-six,

---

**ORDER**
Docket No. 25-2715(L), 26-1069(Con)

Nadine Gazzola, individually, and as co-owner, President, and as BATFE Federal Firearms Licensee Responsible Person for Zero Tolerance Manufacturing, Inc., Seth Gazzola, individually, and as co-owner, Vice President, and as BATFE FFL Responsible Person for Zero Tolerance Manufacturing, Inc., John A. Hanusik, individually, and as owner and as BATFE FFL Responsible Person for d/b/a AGA Sales, Jim Ingerick, individually, and as owner and as BATFE FFL Responsible Person for Ingerick's LLC, d/b/a Avon Gun & Hunting Supply, Christopher Martello, individually, and as owner and as BATFE FFL Responsible Person for Performance Paintball, Inc. d/b/a Ikkin Arms, Michael Mastrogiovanni, individually, and as owner as as BATFE FFL Responsible Person for Spur Shooters Supply, Craig Serafini, individually, and as owner and as BATFE FFL Responsible Person for Upstate Guns and Ammo, LLC, Nick Affronti, individually, and as BATFE FFL Responsible Person for East Side Traders LLC,

Plaintiffs - Appellants,

Robert Owens, individually, and as owner and as BATFE FFL Responsible Person for Thousand Islands Armory, Empire State Arms Collectors Association, Inc.,

Plaintiffs,

v.

Kathleen Hochul, in her Official Capacity as Governor of the State of New York, Rossana Rosado, in her Official Capacity as the Commissioner of the Department of Criminal Justice Services of the New York State Police,

Leticia James, in her Official Capacity as the Attorney General of the State of New York, Steven G. James, in his Official Capacity as the Acting Superintendent of the New York State Police,

Defendants - Appellees.

---

Counsel for Appellee Kathleen Hochul, Leticia James, Rossana Rosado, and Steven G. James has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 3, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before November 3, 2026. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court